DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JULIETA NALBANDIAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JULIETA NALBANDIAN, ) <br> ) <br> Defendant. ) <br> ) | NO. CR-S-01-236 MCE <br><br> **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** <br><br> Date:  June 24, 2010 <br> Time:  9:00 a.m. <br> Judge: Morrison C. England, Jr. |

IT IS HEREBY STIPULATED AND AGREED TO between the United States of America through Kyle Reardon, Assistant United States Attorney, and JULIETA NALBANDIAN, by and through her counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently scheduled for May 27, 2010, be vacated and a new status conference hearing date of June 24, 2010, at 9:00 a.m. be set.

This continuance is being requested because additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition.  In addition, defense counsel will not be available.

/ / /

/ / /

IT IS FURTHER STIPULATED that the period from May 27, 2010, through and including June 24, 2010, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated: May 25, 2010                     Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        */s/ Matthew C. Bockmon*
                                        _____
                                        MATTHEW C. BOCKMON
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        JULIETA NALBANDIAN


Dated: May 25, 2010                     BENJAMIN B. WAGNER
                                        United States Attorney

                                        */s/ Matthew C. Bockmon for*
                                        _____
                                        KYLE REARDON
                                        Assistant U.S. Attorney


**O R D E R**

**IT IS SO ORDERED.**

 Dated: May 26, 2010

                                        _____
                                        MORRISON C. ENGLAND, JR.
                                        UNITED STATES DISTRICT JUDGE

2