```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JULIETA NALBANDIAN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-01-236 MCE |
| Plaintiff, ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |
| v. ) | |
| JULIETA NALBANDIAN, ) | Date: July 29, 2010 |
| Defendant. ) | Time: 9:00 a.m. |
| | Judge: Morrison C. England, Jr. |

IT IS HEREBY STIPULATED AND AGREED TO between the United States of America through Kyle Reardon, Assistant United States Attorney, and JULIETA NALBANDIAN, by and through her counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently scheduled for June 24, 2010, be vacated and a new status conference hearing date of July 29, 2010, at 9:00 a.m. be set.

This continuance is being requested because additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition.

/ / /

/ / /

/ / /

    IT IS FURTHER STIPULATED that the period from June 24, 2010, through and including July 29, 2010, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated: June 22, 2010                    Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        */s/ Matthew C. Bockmon*
                                        _____
                                        MATTHEW C. BOCKMON
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        JULIETA NALBANDIAN


Dated: June 22, 2010                    BENJAMIN B. WAGNER
                                        United States Attorney

                                        */s/ Matthew C. Bockmon for*
                                        _____
                                        KYLE REARDON
                                        Assistant U.S. Attorney



                                **O R D E R**


**IT IS SO ORDERED.**

 Dated: June 23, 2010

                                        _____
                                        MORRISON C. ENGLAND, JR.
                                        UNITED STATES DISTRICT JUDGE


Stip & Order                            2