```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MATTHEW C. BOCKMON, Bar #161566
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  JULIETA NALBANDIAN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. CR-S-01-236 MCE |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |
| v. | ) | |
| JULIETA NALBANDIAN, | ) | Date: September 2, 2010 |
| | ) | Time: 9:00 a.m. |
| Defendant. | ) | Judge: Morrison C. England, Jr. |

IT IS HEREBY STIPULATED AND AGREED TO between the United States of America through Kyle Reardon, Assistant United States Attorney, and JULIETA NALBANDIAN, by and through her counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently scheduled for July 29, 2010, be vacated and a new status conference hearing date of September 2, 2010, at 9:00 a.m. be set.

This continuance is being requested because additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition.

/ / /

/ / /

/ / /

1     IT IS FURTHER STIPULATED that the period from July 29, 2010,
2 through and including September 2, 2010, be excluded in computing the
3 time within which trial must commence under the Speedy Trial Act,
4 pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 for
5 continuity and preparation of counsel.

6 Dated: July 27, 2010      Respectfully submitted,

7      DANIEL J. BRODERICK
     Federal Defender

*/s/ Matthew C. Bockmon*

MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
JULIETA NALBANDIAN

Dated: July 27, 2010      BENJAMIN B. WAGNER
     United States Attorney

*/s/ Matthew C. Bockmon for*

KYLE REARDON
Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**

Dated: July 28, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2